IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT JACKSON

AUGUST 1998 SESSION

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | C.C.A. NO.  02C01-9711-CC-00437 |
| | ) | |
| Appellee | ) | HARDIN COUNTY |
| | ) | |
| v. | ) | HON. C. CREED McGINLEY, |
| | ) | JUDGE |
| JAMES R. MOSS, | ) | |
| | ) | PROBATION |
| Defendant/Appellant | ) | |

FOR THE APPELLANT:

Richard W. DeBerry
Assistant District Public Defender
24th Judicial District
117 North Forrest Avenue
Camden, TN  38320

FOR THE APPELLEE:

John Knox Walkup
Attorney General & Reporter

Marvin E. Clements, Jr.
Assistant Attorney General
Criminal Justice Division
Cordell Hull Building, 2nd Floor
425 Fifth Avenue North
Nashville, TN  37243

OPINION FILED _____

AFFIRMED
JOHN K. BYERS
SENIOR JUDGE

## O P I N I O N

The defendant, James R. Moss, appeals as of right from the judgment of the Hardin County Circuit Court which denied him probation on two convictions of obtaining a controlled substance by fraud for which he was sentenced to serve three years on each offense concurrently.

The defendant says the trial court abused its discretion in denying probation. We conclude that the evidence strongly supports the trial court's action and that no error of law requiring a reversal is apparent from the record. Accordingly, the judgment is affirmed in accordance with Rule 20, Tenn.Ct.Crim.App.

_____

_____
                                                  John K. Byers, Senior Judge

CONCUR:

_____
David H. Welles, Judge

_____
Jerry L. Smith, Judge